```
                                                    JUDICIAL PANEL ON
                                                  MULTIDISTRICT LITIGATION

                                                       JUN 1 0 2005

                                                          FILED
                                                      CLERK'S OFFICE
```

# DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-9)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

      JUN 2 8 2005

     CLERK'S OFFICE
   JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CONNECTICUT** | | |
| CT  3  04-1963 | Louise C. Wilson, et al. v. Pfizer, Inc., et al. | |
| **KANSAS** | | |
| KS  5  05-4012 | Brenda Cunningham, etc. v. Pfizer Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  04-722 | Keith Coleman v. Pfizer, Inc. | |
| MSS  3  04-723 | Deborah K. Fish v. Pfizer, Inc. | |
| **OREGON** | | |
| ~~OR  3  05-604~~ | ~~Teresa E. Teater v. Pfizer, Inc., et al.~~ | Opposed 6/28/05 |
| **TEXAS NORTHERN** | | |
| TXN  3  05-1013 | Steven Alexander v. Pfizer, Inc., et al. | |

CLOSED, JURY, KAPLAN

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01013

Alexander v. Pfizer Inc et al
Assigned to: Judge Ed Kinkeade
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 05/18/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Steven Alexander**     represented by **James E Girards**
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529
Fax: 214/346-9532 FAX
Email: dianna@girardslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mike Ramey**
Girards Law Firm
Tower II
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529
Fax: 214/346-9532 FAX
*ATTORNEY TO BE NOTICED*

**Samuel J DeMaio**
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529

V.

**Defendant**

**Pfizer Inc**     represented by **Kenneth J Ferguson**
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/474-1129 FAX
Email: vtf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Lilly**
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Email: jrl@ctw.com
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/495-8881 FAX
Email: vtf@ctw.com
*ATTORNEY TO BE NOTICED*

**Susan E Burnett**
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/495-8881 FAX
Email: vtf@ctw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**     represented by **Kenneth J Ferguson**
*a division of Warner-Lambert Company*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Lilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Susan E Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company** represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Lilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 | | ***Magistrate Judge Kaplan chosen by random selection to handle matters that may be referred in this case. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 1 | NOTICE OF REMOVAL w/state court papers attached from 191st Judicial District Court of Dallas County, Texas, case number 05-02925, filed by Parke-Davis, Warner-Lambert Company, Pfizer Inc (filing fee $250; receipt number 219159).(cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 2 | INDEX OF STATE COURT DOCUMENTS filed by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 3 | CERTIFICATE OF INTERESTED PARTIES by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 4 | DISCLOSURE STATEMENT by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 5 | DEMAND for Trial by Jury by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/25/2005 | 6 | Unopposed MOTION Leave to Proceed without Local Counsel by Warner-Lambert Company, Pfizer Inc with Brief in Support of Their Unopposed Motion for Leave to proceed Without Local Counsel. |

| | | |
|---|---|---|
| | | (Attachments: # 1)(Ferguson, Kenneth) (Entered: 05/25/2005) |
| 05/26/2005 | 7 | UNOPPOSED MOTION for leave to proceed without local counsel by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/26/2005) |
| 06/01/2005 | 8 | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: Joint Report shall be filed no later than 21 days from the date of the scheduling conference. [see order for specifics] (Signed by Judge Ed Kinkeade on 5/31/05) (cxb, ) (Entered: 06/02/2005) |
| 06/01/2005 | 9 | ORDER terminating 6 Unopposed Motion to proceed without local counsel, granting 7 Unopposed Motion to proceed without local counsel. (Signed by Judge Ed Kinkeade on 5/31/05) (cxb, ) (Entered: 06/02/2005) |
| 06/07/2005 | 10 | Order Regarding Intention to Administer Case Electronically - see order for specifics. (Signed by Judge Ed Kinkeade on 6/7/05) (cxb, ) (Entered: 06/08/2005) |
| 07/01/2005 | 11 | AGREED STIPULATION and Voluntary Motion to Dismiss by Parke-Davis, Warner-Lambert Company, Steven Alexander, Pfizer Inc. (cxb, ) (Entered: 07/06/2005) |
| 07/11/2005 | 12 | ORDER granting dismissal without prejudice. The Court dismisses all causes of action of plaintiff against defendants Pfizer, Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company without prejudice to the re-filing of the same. (Signed by Judge Ed Kinkeade on 7/11/05) (mlm) (Entered: 07/12/2005) |

### PACER Service Center

#### Transaction Receipt

07/15/2005 09:56:25

| | | | |
|---|---|---|---|
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:05-cv-01013 |
| Billable Pages: | 2 | Cost: | 0.16 |