UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: Steven Alexander v. Pfizer Inc., et al. Civ. Act. No. 3:05-CV-01013 (N.D. Tex) | Judge Patti B. Saris |

**DEFENDANTS' REQUEST TO THE COURT TO RECOGNIZE
PREVIOUSLY-ENTERED ORDER GRANTING DISMISSAL
WITHOUT PREJUDICE OF ABOVE-CAPTIONED COMPLAINT**

Defendants Pfizer Inc. ("Pfizer") and Warner-Lambert Company ("Warner-Lambert") respectfully submit this request that the Court recognize the dismissal without prejudice of the case captioned *Steven Alexander v. Pfizer Inc., et al.*, Civ. Act. No. 3:05-CV-01013 (N.D. Tex). This dismissal was entered by the United States District Court for the Northern District of Texas, but Defendants are unclear as to whether the order of dismissal was included in the case file sent to this Court and, in any event, respectfully request this Court to terminate the *Alexander* case in light of that order.

On May 20, 2005, Defendants notified the Judicial Panel on Multidistrict Litigation ("JPML") that *Alexander* was a potential tagalong case to this MDL. On June 10, 2005, the JPML issued a Conditional Transfer Order which conditionally transferred *Alexander* to MDL 1629. On June 21, 2005, counsel for the plaintiff in *Alexander* contacted counsel for Defendants and informed them that he wanted to voluntarily dismiss his case without prejudice. Defendants and Plaintiff drafted an Agreed Stipulation and Voluntary Motion to Dismiss the *Alexander* case

(a copy of which is attached hereto as Ex. A), and filed it with the U.S. District Court for the Northern District of Texas on July 1, 2005.

On July 11, 2005, the Honorable Ed Kinkeade, District Judge in the Northern District of Texas, issued an Order Granting Dismissal Without Prejudice (a copy of which is attached hereto as Ex. B). On July 12, 2005, the *Alexander* case was docketed in MDL 1629.

It appearing that the *Alexander* file was in the process of being transferred to this Court at the time the Order of dismissal was entered by the Northern District of Texas, Defendants are unclear as to whether the Order of Dismissal was reflected in the *Alexander* file at the time the case was transferred to the MDL. Accordingly, Defendants respectfully request that the Court recognize the Order Granting Dismissal and consider the *Alexander* case to be terminated.

Dated: July 29, 2005

                                                    DAVIS POLK & WARDWELL

                                                    By:  /s/ James P. Rouhandeh
                                                            James P. Rouhandeh

                                                  450 Lexington Avenue
                                                  New York, New York 10017
                                                  (212) 450-4000

                                                         - and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

# EXHIBIT A

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 1 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| STEVEN ALEXANDER § | |
| § | |
| Plaintiff, § | |
| vs. § | |
| § | CIVIL ACTION NO. 3:05-CV-01013 |
| PFIZER INC., PARKE-DAVIS, § | |
| a division of Warner-Lambert Company, § | JURY REQUESTED |
| and WARNER-LAMBERT COMPANY, § | |
| § | |
| Defendants. § | |

### AGREED STIPULATION AND VOLUNTARY MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THE COURT:

COME NOW, Pfizer Inc. and Warner-Lambert Company, L.L.C., formerly known as Warner-Lambert Company, on its own behalf and on behalf of its unincorporated Parke-Davis division ("Defendants"), and Plaintiff Steven Alexander, pursuant to Federal Rule of Civil Procedure 41(a)(i)(ii) and hereby agree and stipulate to the following:

Plaintiff Steven Alexander hereby stipulates to voluntarily dismiss without prejudice his claims against Defendants. In the event Plaintiff decides to re-file his claims against either of the Defendants concerning his use of Neurontin, he shall do so in the United States District Court for the Northern District of Texas, Dallas Division. Plaintiff further stipulates that he will not name any defendant other than the Defendants in such suit. This stipulation shall not prevent Defendants from challenging such filing on forum non conveniens grounds.

Each party herein shall bear its own attorneys fees and costs.

1

06/28/2005 11:28 FAX 5124741129   CLARK THOMAS & WINTERS   ☐003
Case 1:05-cv-11506-PBS   Document 15   Filed 08/03/2005   Page 6 of 8
Case 3:05-cv-01013   Document 11   Filed 07/01/2005   Page 2 of 2

**AGREED AND ENTRY REQUESTED:**

*[signature]*

James E. Girards
J. Michael Ramey
Samuel J. DeMaio, M.D.
The Girards Law Firm
10000 N. Central Expressway, Suite 750
Dallas, Texas 75231
(214) 346-9529 (Telephone)
(214) 346-9532 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

*[signature]*

Kenneth J. Ferguson
State Bar No. 06918100
Susan E. Burnett
State Bar No. 20648050
Jeffrey R. Lilly
State Bar No. 00787905
CLARK, THOMAS & WINTERS
A Professional Corporation
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
PFIZER INC. and WARNER LAMBERT
COMPANY, L.L.P.**

# EXHIBIT B



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN ALEXANDER, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CAUSE NO: 3:05-CV-01013-K |
| PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company, WARNER-LAMBERT COMPANY, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The Court having received the AGREED STIPULATION AND VOLUNTARY MOTION TO DISMISS, and having been further advised that all parties involved have entered into an agreement regarding the same, hereby dismisses all causes of action of Plaintiff STEVEN ALEXANDER, against Defendants PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company, and WARNER-LAMBERT COMPANY without prejudice of the re-filing of the same.

Signed on this the _11th_ day of _July_, 2005.

_____
Presiding United States District Judge
ED KINKEADE

Order of Dismissal                                                          Page - 1