CLOSED, JURY, KAPLAN

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01013
### Internal Use Only

Alexander v. Pfizer Inc et al
Assigned to: Judge Ed Kinkeade
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 05/18/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Steven Alexander**   represented by   **James E Girards**
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529
Fax: 214/346-9532 FAX
Email: dianna@girardslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mike Ramey**
Girards Law Firm
Tower II
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529
Fax: 214/346-9532 FAX
*ATTORNEY TO BE NOTICED*

**Samuel J DeMaio**
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231
214/346-9529

V.

**Defendant**

Certified a true copy of an instrument
on file in my office on __8/12/05__
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

| | | |
|---|---|---|
| **Pfizer Inc** | represented by | **Kenneth J Ferguson**<br>Clark Thomas & Winters<br>PO Box 1148<br>Austin, TX 78767-1148<br>512/472-8800<br>Fax: 512/474-1129 FAX<br>Email: vtf@ctw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey R Lilly**<br>Clark Thomas & Winters<br>PO Box 1148<br>Austin, TX 78767-1148<br>512/472-8800<br>Email: jrl@ctw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Leslie Anne Benitez**<br>Clark Thomas & Winters<br>PO Box 1148<br>Austin, TX 78767-1148<br>512/472-8800<br>Fax: 512/495-8881 FAX<br>Email: vtf@ctw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan E Burnett**<br>Clark Thomas & Winters<br>PO Box 1148<br>Austin, TX 78767-1148<br>512/472-8800<br>Fax: 512/495-8881 FAX<br>Email: vtf@ctw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Parke-Davis**<br>*a division of Warner-Lambert Company* | represented by | **Kenneth J Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey R Lilly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Leslie Anne Benitez**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Susan E Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**   represented by   **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey R Lilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 |  | ***Magistrate Judge Kaplan chosen by random selection to handle matters that may be referred in this case. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 1 | NOTICE OF REMOVAL w/state court papers attached from 191st Judicial District Court of Dallas County, Texas, case number 05-02925, filed by Parke-Davis, Warner-Lambert Company, Pfizer Inc (filing fee $250; receipt number 219159).(cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 2 | INDEX OF STATE COURT DOCUMENTS filed by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 3 | CERTIFICATE OF INTERESTED PARTIES by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 4 | DISCLOSURE STATEMENT by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/18/2005 | 5 | DEMAND for Trial by Jury by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/19/2005) |
| 05/25/2005 | 6 | Unopposed MOTION Leave to Proceed without Local Counsel by Warner-Lambert Company, Pfizer Inc with Brief in Support of Their Unopposed Motion for Leave to proceed Without Local Counsel. |

| | | |
|---|---|---|
| | | (Attachments: # 1)(Ferguson, Kenneth) (Entered: 05/25/2005) |
| 05/26/2005 | 7 | UNOPPOSED MOTION for leave to proceed without local counsel by Parke-Davis, Warner-Lambert Company, Pfizer Inc. (cxb, ) (Entered: 05/26/2005) |
| 06/01/2005 | 8 | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: Joint Report shall be filed no later than 21 days from the date of the scheduling conference. [see order for specifics] (Signed by Judge Ed Kinkeade on 5/31/05) (cxb, ) (Entered: 06/02/2005) |
| 06/01/2005 | 9 | ORDER terminating 6 Unopposed Motion to proceed without local counsel, granting 7 Unopposed Motion to proceed without local counsel. (Signed by Judge Ed Kinkeade on 5/31/05) (cxb, ) (Entered: 06/02/2005) |
| 06/07/2005 | 10 | Order Regarding Intention to Administer Case Electronically - see order for specifics. (Signed by Judge Ed Kinkeade on 6/7/05) (cxb, ) (Entered: 06/08/2005) |
| 07/01/2005 | 11 | AGREED STIPULATION and Voluntary Motion to Dismiss by Parke-Davis, Warner-Lambert Company, Steven Alexander, Pfizer Inc. (cxb, ) (Entered: 07/06/2005) |
| 07/11/2005 | 12 | ORDER granting dismissal without prejudice. The Court dismisses all causes of action of plaintiff against defendants Pfizer, Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company without prejudice to the re-filing of the same. (Signed by Judge Ed Kinkeade on 7/11/05) (mlm) (Entered: 07/12/2005) |
| 07/19/2005 | 13 | CONDITIONAL TRANSFER ORDER (CTO-9): Pursuant to Rule 7.4 these actions are transferred to the District of Massachusetts, with the consent of that court, assigned to the Honorable Patti B. Saris. (Signed by Michael J. Beck, Clerk of the Panel) (cxb, ) (Entered: 07/20/2005) |
| 08/12/2005 | | *** Copy file, certified copy of transfer order (doc. 13) and docket sheet mailed to: USDC, District of Massachusetts, 1 Courthouse Way; Boston, MA 02210. (cxb, ) (Entered: 08/12/2005) |



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN ALEXANDER | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| PFIZER INC., PARKE-DAVIS, | § | |
| a division of Warner-Lambert Company, | § | JURY REQUESTED |
| and WARNER-LAMBERT COMPANY, | § | 3-05CV-1013K |
| | § | |
| Defendants. | § | |

### NOTICE OF REMOVAL

TO:    The United States District Court for the Northern District of Texas, Dallas Division.

Defendants Pfizer Inc. ("Pfizer") and Warner-Lambert Company, L.L.C., formerly known as Warner-Lambert Company, on its own behalf and on behalf of its unincorporated Parke-Davis division ("Warner-Lambert"), hereby file their Notice of Removal of the above-captioned action from the 191st Judicial District of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and would respectfully show the following:

### I.    The State Court Action

1.    This is a products liability case in which Plaintiff claims that Pfizer's drug Neurontin caused his suicide attempt. On March 24, 2005, Plaintiff filed suit in the 191st Judicial District Court of Dallas County, Texas, Cause No.05-2925. Defendants were not served with this Petition. On April 12, 2004, Plaintiff filed his "First Amended Original Petition." ("Amended Petition").

1

2.  Pursuant to 28 U.S.C. § 1446(a), a certified copy of the state court docket sheet and copies of all process, pleadings, and orders filed in the state court are attached hereto.

3.  The Amended Petition asserts claims over which this Court has original jurisdiction under 28 U.S.C. § 1332, because the dispute involves citizens of different states and the amount in controversy exceeds $75,000.

## II.  Diversity of Citizenship

4.  On information and belief, Plaintiff is a citizen of the State of Texas.

5.  Pfizer is a Delaware corporation with its principal place of business in New York.

6.  Warner-Lambert is a Delaware corporation with its principal place of business in New York.

7.  Pfizer and Warner-Lambert answered on May 12, 2004.

## III.

### Amount in Controversy

8.  Plaintiff's petition establishes on its face that the amount in controversy in this case exceeds $75,000, exclusive of interest and costs. Plaintiff alleges that after ingesting Neurontin, he attempted to commit suicide, "thereby sustaining severe personal injuries." Amended Petition at 6. Plaintiff prays for "general and special damages." *Id.* at 13. Under Texas law, a plaintiff claiming personal injury may, upon a proper showing, recover past and future: (1) physical pain and mental anguish, (2) loss of earning capacity, (3) disfigurement, (4) physical impairment and (5) medical expenses. *See* Texas Pattern Jury Charge 80.2. Moreover, Plaintiff seeks exemplary damages in this case. *Id.* at 5, 12-13.

9.  Given Plaintiff's allegations, which Pfizer and Warner-Lambert deny in their entirety, the Amended Petition establishes on its face that the amount in controversy requirement is met.

IV.

**Timeliness, Consent, and State Court Proceedings**

10. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), because it is filed within 30 days of April 16, 2006, the date the first defendant was served.

11. There are no other defendants and therefore no consent is required.

12. The state court action is pending within this district and division. *See* 28 U.S.C. 1441(a).

13. No hearings are scheduled and no orders have been entered in the state court action.

V.

**Conclusion**

14. Upon filing of this notice of the removal of this cause, written notice of the filing is being given by Pfizer and Warner-Lambert to Plaintiff and Plaintiff's counsel as required by law. A copy of the notice with proof of service of it is attached hereto. A copy of this notice is also being filed with the Clerk of the state district court in which this cause was originally filed.

WHEREFORE, Pfizer and Warner-Lambert pray that the above-styled action pending against them in the 191st Judicial District Court of Dallas County, Texas, be removed to this Honorable Court.

Respectfully submitted,

**CLARK, THOMAS & WINTERS**
**A Professional Corporation**

By: _____
Kenneth J. Ferguson
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300

        Susan E. Burnett
        State Bar No. 20648050
        Jeffrey R. Lilly
        State Bar No. 00787905

P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**ATTORNEYS FOR DEFENDANTS
PFIZER INC. and WARNER LAMBERT
COMPANY, L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 17th day of May, 2005.

*Via Certified Mail, Return Receipt Requested*

James E. Girards
J. Michael Ramey
Samuel J. DeMaio, M.D.
The Girards Law Firm
10000 N. Central Expressway, Suite 750
Dallas, Texas 75231

4

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
See Attached

**DEFENDANTS**
See Attached

**(b)** County of Residence of First Listed Plaintiff  Dallas County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
See Attached

Attorneys (If Known)
See Attached

RECEIVED MAY 18 2005 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**3-05CV-1013K**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- x 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | x 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | x 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | x 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- x 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332 (Diversity of citizenship between citizens of different states, where matter in controversy exceeds $75,000; removal from state court as permitted by 28 U.S.C. Section 1446.

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint:  **JURY DEMAND:** x Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 5-17-05   SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b.) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## LIST OF PARTIES AND ATTORNEYS

I. (a) <u>Plaintiff</u>

Steven Alexander

**Defendants**

Pfizer Inc
Warner-Lambert Company, L.L.C.

I. (c) **LIST OF ATTORNEYS**

**ATTORNEYS FOR PLAINTIFF**

James E. Girards
State Bar No. 07980500
J. Michael Ramey
State Bar No. 24010330
Samuel J. DeMaio, M.D.
State Bar No. 24012519
THE GIRARDS LAW FIRM
10000N. Central Expressway, Suite 250
Dallas, Texas 75231
(214) 346-9529
(214) 346-9532 (Facsimile)

**ATTORNEYS FOR DEFENDANT S PFIZER INC.,
AND WARNER-LAMBERT, L.L.C.,**

Kenneth J. Ferguson
State Bar No. 06918100
Leslie A. Benitez
State Bar No. 02134300
Susan E. Burnett
State Bar No. 20648050
Jeffrey R. Lilly
State Bar No. 00787905
**CLARK, THOMAS & WINTERS,
A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 (Facsimile)




RECEIVED MAY 1 8 2005 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**United States District Court**
**Northern District of Texas**
**Dallas Division**

Supplemental Civil Cover Sheet for Cases Removed From State Court

**3-05CV-1013K**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 191st Judicial District Court of Dallas County, Texas | 05-2925 |

2. **Style of Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   Cause No. 05-2925; *Steven Alexander vs. Pfizer Inc. Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company;* In the 191st Judicial District of Dallas County, Texas

   | Party and Party Type | Attorney(s) |
   |---|---|
   | **PLAINTIFFS**<br><br>Steven Alexander | James E. Girards<br>State Bar No. 07980500<br>J. Michael Ramey<br>State Bar N. 24010330<br>Samuel J. DeMaio, M.D.<br>State Bar No. 24012519<br>**THE GIRARDS LAW FIRM**<br>10000 N. Central Expressway, Suite 750<br>Dallas, Texas 75231<br>(214) 346-9529<br>(214) 346-9532 (Fax) |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   **Party**                                                                 **Date**

   N/A

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   **Party**                                                                 **Date**

   N/A

Date:  May 17, 2005

_____
Signature of Attorney